*E-Filed 11/7/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN HEAPS,<br><br>    Defendant.<br>_____/ | No. C 11-4829 RS (PR)<br><br>**ORDER OF DISMISSAL** |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff has failed to comply with a Court order to (1) file a complete *in forma pauperis* ("IFP") application, or (2) pay the filing fee of $350.00. Accordingly, the action is DISMISSED without prejudice to plaintiff (1) filing a complete IFP application, or (2) paying the filing fee. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: November 7, 2011

                                      RICHARD SEEBORG
                                      United States District Judge